**Motion GRANTED Order filed February 23, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00142-CV
_____

## IN RE KRISTEN TURLEY GIBSON AND BILLY GIBSON, AS NEXT FRIENDS OF K.G., A MINOR, Relators

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
113th District Court
Harris County, Texas
Trial Court Cause No. 2014-36925**

## ORDER

On February 23, 2018, relator Kristen Turley Gibson and Billy Gibson, as Next Friends of K.G., a Minor, filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Michael Landrum, Judge of the 113th District Court, in Harris County, Texas, to set aside his order dated February 8, 2018,

entered in trial court number 2014-36925, styled *Kristin Turley Gibson & Billy Gibson, as Next Friends of K.G., a Minor v. Sammuel Bharksuwan, M.D. et al.*

Relators also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On February 23, 2018, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** the commencement of trial on February 26, 2018, in trial court cause number 2014-36925, *Kristin Turley Gibson & Billy Gibson, as Next Friends of K.G., a Minor v. Sammuel Bharksuwan, M.D. et al.*, **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests the real parties-in-interest, to file a response to the petition for writ of mandamus on or before March 1, 2018. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel Consists of Justices Christopher, Busby, and Brown (Christopher, J., dissenting).